■ In the Matter of LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL 210, AFL-CIO, Respondent, v SHEVLIN-MANNING, INC., Appellant. (Appeal No. 2.)—Appeal unanimously dismissed without costs. Memorandum: This appeal was taken from a "Decision and Order" entered on August 29, 1988. Subsequent to that entry, an "Order and Judgment" was rendered, and an appeal was taken from the judgment (147 AD2d 976 [decided herewith]). The directives in each document are identical, and proper appellate review lies from the judgment (Chase Manhattan Bank v Roberts & Roberts, 63 AD2d 566). (Appeal from order of Supreme Court, Erie County, Ostrowski, J.—arbitration.) Present—Denman, J. P., Boomer, Pine and Davis, JJ.

■ CATHOLIC FAMILY CENTER, an Agency of the Catholic Charities of the Diocese of Rochester, Respondent, v JOHN DOE, Appellants.—Judgment unanimously affirmed without costs (see, Matter of Catholic Charities v Barber, 109 Misc 2d 25, affd 84 AD2d 966). Memorandum: We add only that appellants' contentions that the provisions of the Social Services Law as here applied violate their equal protection and due process rights under either the Constitution of the United States or the Constitution of this State were not raised in the Family Court and thus have not been preserved for appellate review (see, Tumolillo v Tumolillo, 51 NY2d 790; Arvantides v Arvantides, 106 AD2d 853, mod 64 NY2d 1033; City of Rochester v Chiarella, 86 AD2d 110, affd 58 NY2d 316; Marine Midland Bank-Central v Gleason, 62 AD2d 429 [4th Dept 1978], affd 47 NY2d 758; 4 NY Jur 2d, Appellate Review, § 117, at 187). (Appeal from order of Monroe County Family Court, Maas J.—habeas corpus.) Present—Denman, J. P., Boomer, Pine and Davis, JJ.

■ In the Matter of ERIC BARNES, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Dillon, P. J., Boomer, Green, Pine and Davis, JJ.

■ TRACY L. CAMPBELL, as Administratrix of the Estate of